BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>      v.<br><br>DAVID ALLEN FALLS,<br><br>                 Defendant. | CASE NO. 1:01-MJ-02125 SMS<br><br>ORDER |

     The United States' motion to dismiss without prejudice the underlying UFAP complaint and recall the arrest warrant in the above referenced case, 01-MJ-02125 SMS against defendant DAVID ALLEN FALLS is GRANTED.

IT IS SO ORDERED.

Dated: **August 19, 2013**                        _____
                                                      UNITED STATES MAGISTRATE JUDGE